UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT-FLINT

In the Matter of:

MORSE ENTERPRISE, INC.,          Bankruptcy Case No. 10-34364-DSO
Chapter 7
Hon. Daniel S. Opperman

         Debtor(s)
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

     The attached check in the amount of $1.96 represents the total sum of unclaimed dividends check in this estate and is paid to the Court pursuant to 11 U.S.C. S347(a). The name(s) of the Party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| NUCO2 | 4 | $1.65 |
| City of Flint | 5 | $0.31 |

Dated: October 27, 2011          /s/ Samuel D. Sweet
         Samuel D. Sweet, Chapter 7 Trustee
         P.O. Box 757
         Ortonville, MI 48462-0757
         248-236-0985
         ssweet@trusteesweet.us